UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ROBERT VEDITTI,

                    Plaintiff,                    **ORDER**

      -against-                        24 Civ. 7294 (AEK)

CHRISTIAN BROTHERS INSTITUTE, et al.,

                    Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The parties are scheduled to appear before the Court on March 7, 2025 for an initial conference. The Court notes that Matthew N. Persanis is counsel for Plaintiff in the above-captioned matter. The parties are hereby notified that Mr. Persanis previously represented the undersigned in connection with the purchase of the undersigned's house more than eight years ago. The undersigned has not had any relationship with Mr. Persanis—professional or otherwise—since that time.

The Court does not see a basis for recusal based on this brief prior professional relationship with Mr. Persanis. That said, if any party wishes to move for recusal, has additional information that may bear on recusal, or wishes to discuss the question of recusal with the Court, they should file an appropriate letter on ECF by February 27, 2025.

Dated: February 20, 2025
       White Plains, New York

                                               **SO ORDERED.**

                                               _____
                                               ANDREW E. KRAUSE
                                               United States Magistrate Judge